29 A.3d 997

STATE of Maryland

v.

Tavon ARMSTRONG.

No. 21, Sept. Term, 2011.

Court of Appeals of Maryland.

Oct. 7, 2011.

Daniel J. Jawor, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore, MD), on brief, for Petitioner.

Deborah Richardson, Assistant Public Defender (Paul B. DeWolfe, Public Defender, and David P. Kennedy, Assistant Public Defender, Baltimore, MD), on brief, for Respondent.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, BARBERA and JOSEPH F. MURPHY, JR. (Retired, Specially Assigned), JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 7th day of October, 2011,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.